DOCKET NO. FBT CV 18-6072685 S

| | | |
|---|---|---|
| WILLIAM NESBITT | : | SUPERIOR COURT |
| VS. | : | JUDICIAL DISTRICT OF FAIRFIELD |
| BRUCE BEMER | : | MARCH 23, 2018 |

### Motion to Consolidate

Pursuant to Practice Book §9-5, the plaintiff, William Nesbitt, moves to consolidate the instant action with 1) *Daniel Walsh, Conservator of the Person and Estate of John Doe v. Bruce Bemer and William Trefzger*, FBT CV 18-6070947 S, 2) *Michael Fleming v. Bruce Bemer, et al*, Docket No. FBT CV 17-6068382 S, 3) *John Doe, et al v. Bruce Bemer, et al*, Docket No. FBT CV 17-5032881 S, and 4) *John Doe, et al v. Bruce J. Bemer, et al*, Docket No. FBT CV 17-5032760 S, all currently pending in the Judicial District of Fairfield at Bridgeport. All five cases arise out of the same factual setting. It therefore would conserve judicial time and resources and minimize costs for all parties for the cases to be managed and tried together.

In accordance with P.B. §9-5(b), all parties of record in all cases have been served with a copy of this motion.

```
                                        PLAINTIFF
                                        WILLIAM NESBITT

                                        By    /s/ Gerald S. Sack
                                              Gerald S. Sack
                                              Juris No. 423992
                                              Law Offices of Gerald S. Sack, LLC
                                              836 Farmington Avenue, Suite 109
                                              West Hartford, CT 06119
                                              860-236-7225
                                              gssack@sacklawoffice.com
```

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, via regular mail, facsimile or email, this 23rd day of March, 2018, to the following counsel of record:

Ryan Barry, Esquire
Barry, Barall & Spinella, LLC
202 West Center Street
Manchester, CT 06040
For the defendant, Bruce Bemer
860-649-4400; Fax: 860-645-7900
rbarry@bbsattorneys.com

Edward J. Gavin, Esquire
Law Offices of Edward J. Gavin
1087 Broad Street, 1st Floor Left
Bridgeport, Connecticut 06604
For the defendant, William Trefzger
203-347-7050; Fax: 203- 683-6555
ed@edgavinlaw.com

*John Doe, et al v. Bruce Bemer, et al*, Docket No. FBT CV 17-5032760 S
Joel Faxon, Esquire
Faxon Law Group, LLC
59 Elm Street
New Haven, CT 06510
For the plaintiffs
203-624-9500; Fax: 203-624-9100
jfaxon@faxonlawgroup.com

*John Doe, et al v. Bruce Bemer, et al*, Docket No. FBT CV 17-5032881 S
Kevin C. Ferry, Esquire
Law Office of Kevin C. Ferry, LLC
77 Lexington Street
New Britain, CT 06052
For the plaintiffs
860-827-0880; Fax: 860-827-9942
kevin@kevinferrylaw.com

*Fleming v. Bemer*, Docket No. FBT CV 17-6068382 S
Philip D. Russell, Esquire
Philip Russell, LLC
66 Field Point Road
Greenwich, Conn. 06830
For the plaintiff
203-661-4200; Fax: 203-661-3666
prussell@greenwichlegal.com

/s/ Gerald S. Sack
Gerald S. Sack