UNITED STATES DISTRICT COURT
For the District of Connecticut

| | |
|---|---|
| WILLIAM NESBITT ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 3:18-cv-00699 |
| ) | |
| BRUCE BEMER ) | |
| ) | |
| *Defendant* ) | June 22, 2018 |

### MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Defendant, Bruce Bemer, hereby moves to dismiss all counts of the Plaintiff's complaint. As set forth in greater detail in the memorandum of law filed herewith, Count Two should be dismissed, because it is insufficiently pled. Count Two of the Plaintiff's complaint is comprised of legal conclusions, which are not entitled to a presumption of truth, and factual allegations that, even if true, do not support his claim. The Plaintiff has failed to allege facts that push his claim from conceivable to plausible and his claim should be dismissed.

Moreover, Counts One, Three, Four and Five should be dismissed because they are clearly barred by the statute of limitations, which is evident from the face of the complaint. The Plaintiff's complaint states that the Defendant's conduct occurred between March 2010 and November 2014. The Plaintiff's complaint was not served until March 22, 2018, which is well outside of the three-year statute of limitations applicable to each of the Plaintiff's claims. Consequently, the Plaintiff's complaint should be dismissed in its entirety.

1

WHEREFORE, the Defendant respectfully requests that this Court dismiss the Plaintiff's complaint in its entirety.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
BRUCE BEMER

By: /s/ Ryan P. Barry
Ryan P. Barry
Fed. Bar No. ct21683
Barry, Barall & Spinella, LLC
202 West Center Street, 1st Floor
Manchester, CT 06040
(P): (860) 649-4400
(F): (860) 645-7900
(E): rbarry@bbsattorneys.com
His Attorney

UNITED STATES DISTRICT COURT
For the District of Connecticut

| | | |
|---|---|---|
| WILLIAM NESBITT | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cv-00699 |
| | ) | |
| BRUCE BEMER | ) | |
| | ) | |
| *Defendant* | ) | June 22, 2018 |

### CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Ryan P. Barry
Ryan P. Barry
Fed. Bar No. ct21683

3