# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM NESBITT | CIVIL ACTION NO. 3:18-cv-00699-VLB |
| VS. | |
| BRUCE BEMER | MAY 18, 2018 |

### AFFIDAVIT OF WILLIAM NESBITT

I, William Nesbitt, being duly sworn, hereby depose and say that:

1. I am over the age of 18 years and understand the obligations and sanctity of an oath;

2. I am familiar with the facts alleged in the Complaint, which facts and allegations are incorporated by reference herein, and affirm that those facts are true and accurate to the best of my knowledge and belief;

3. I am the plaintiff in the captioned action;

4. I have reviewed the "Information", "Arrest Warrant Application" and Docket Sheet associated with the arrest of Bruce Bemer on or about March 28, 2017, for violations of Connecticut General Statutes §§53a-83(c) and 53a-192a. Copies of these materials are attached as Exhibits A, B and C.

5. I understand and believe that these criminal charges are still pending against Bruce Bemer.

6. Based on my review of these materials, I can state that I am not one of the victims referred to in the Arrest Warrant Application. Further, I am not familiar with Mr. King

or Mr. Trefzger nor was I in any way involved with the sex-trafficking ring referred to in the application.

The foregoing information is true and accurate to the best of my knowledge and belief.

William Nesbitt

STATE OF CONNECTICUT :
                      : ss:
COUNTY OF             :

Subscribed and sworn to before me this 18 day of May, 2018.

Commissioner of Superior Court
Notary Public
My Commission Expires: 3/31/2020
36414